634

371 A.2d 1310

Morrison, Appellant, v. Union National
Bank of Pittsburgh.

Argued November 12, 1976. Michael L. Murphy, with him Robert T. Kane, for appellant; Samuel W. Braver, with him M. Bruce McCullough, for appellee.

Order affirmed.

WATKINS, P. J., absent.

371 A.2d 1292

Mudd Appeal.

Argued November 8, 1976. Joseph U. Esper, for appellant; Robert S. Barker, Assistant County Solicitor, and Conrad A. Johnson, with them Mark A. Senick and Alexander J. Jaffurs, County Solicitor, for appellees; Eric N. Anderson, submitted a brief for appellee, minor.

Orders affirmed.